In the Matter of the Voluntary Dissolution of THE ROGERS CONSTRUCTION COMPANY.

JOHN F. BURKE, as Receiver, Appellant; GERMAN-AMERICAN BANK OF TONAWANDA, Respondent.

*Matter of Rogers Construction Co.,* 79 App. Div. 419, affirmed.
(Argued June 1, 1903; decided June 16, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 21, 1903, which affirmed an order of Special Term awarding moneys in the hands of the receiver to the respondent bank.

*Frank F. Williams* and *P. F. King* for appellant.

*Norman D. Fish* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.